United States District Court
for the District of New Jersey

_____

**ANTONIO MORONI**

:
:
: Civil No. 07-5546
Plaintiff :
: Order of Reassignment

**PENWEST PHARMACEUTICAL CO, ET AL**
:
:
Defendant :
_____ :

It is on this 16th day of March 2009,

O R D E R E D that the entitled action is reassigned

from Judge Katharine S. Hayden to Judge Dickinson R. Debevoise.


        S/Garrett E. Brown, Jr.
        Garrett E. Brown, Jr., Chief Judge
        United States District Court